UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XL SPECIALTY INSURANCE COMPANY, | Case No.  1:24-cv-01451-KES-FRS |
| Plaintiff, | ORDER ADOPTING IN PART FINDINGS AND RECOMMENDATIONS |
| v. | (Docs. 20, 28) |
| GODFATHER EXPRESS, INC., | |
| Defendant. | |

Plaintiff XL Specialty Insurance Company initiated this action against defendants Godfather Express, Inc. ("Godfather") and Dhawan Transport ("Dhawan") on November 26, 2024.  Doc. 1.  On August 27, 2025, plaintiff filed a notice of voluntary dismissal of defendant Dhawan, and Dhawan was dismissed from this action.  Docs. 19, 22.

On August 27, 2025, plaintiff filed a motion for default judgment.  Doc. 20.  Plaintiff filed a supplemental memorandum and the declaration of John Eric Olson ("Olson declaration") on October 14, 2025, in support of its motion for default judgment.  Docs. 25, 26.  On November 20, 2025, the assigned magistrate judge issued findings and recommendations, recommending that the motion for default judgment be granted and that plaintiff be awarded damages in the amount of $833,204.07 against defendant Godfather.  Doc. 28.  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within

1

fourteen (14) days after service. *Id.* at 13. No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. The findings and recommendations correctly conclude that entry of default judgment against defendant Godfather is warranted. But plaintiff's filings establish that their damages against Godfather total $656,787.33, rather than $833,204.07. Doc. 1 at ¶ 9; Doc. 26 at ¶ 12.

As set forth in the Olson declaration, plaintiff's insured booked "six loads of various types of cargo" with defendant Godfather. Doc. 26 at ¶ 4. Plaintiff's claims for damages as to the six cargo loads stolen by defendant Godfather total $656,787.33. Doc. 1 at ¶ 9; Doc. 26 at ¶ 12. Defendant's total claimed damages of $833,204.07 also include claim #3652 (for $176,456.74), which plaintiff's pleadings confirm was caused by the actions of defendant Dhawan. Doc. 1 at ¶ 9; Doc. 26 at ¶ 12. As plaintiff fails to establish that defendant Godfather is liable for the actions of Dhawan, and Dhawan has been dismissed without prejudice from this case, plaintiff has failed to establish that he is entitled to a judgment against Godfather for the damages related to claim 3652 ($176,456.74).

Accordingly, plaintiff is awarded damages in the amount of $656,787.33, which consists of damages for claims 7966 ($67,388.49), 7885 ($86,552.21), 7871 ($76,928.04), 7901 ($237,826.51), 7524 ($56,071.62), and 5728 ($132,020.46). *See id.*

///

///

///

///

///

///

///

///

///

///

2

Accordingly:

1.  The findings and recommendations issued on November 26, 2025 (Doc. 28) are adopted in part;

2.  Default judgment is entered in favor of plaintiff XL Specialty Insurance Company and against defendant Godfather Express, Inc.;

3.  Plaintiff is awarded damages in the amount of $656,787.33; and

4.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   January 29, 2026

_____
UNITED STATES DISTRICT JUDGE

3